IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES MCMAUGH,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
Social Security Administration,

    Defendant.

O R D E R
Civ. No. 11-269-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on December 30, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo

1 - ORDER

determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections (doc. 18) to the Magistrate's Findings and Recommendation. I have, therefore, given those portions of the report a de novo review. I agree with Magistrate Judge Coffin's analysis and conclusion and therefore ADOPT the Magistrate's Findings and Recommendation (doc. 16) in its entirety. In conclusion, the Administrative Law Judge's ("ALJ") decision is reversed and remanded for further proceedings. Specifically, the ALJ should reevaluate plaintiff's credibility in a manner consistent with Ninth Circuit case law and 20 C.F.R. § 404.1545(a)(3); SSR 96-8p and reevaluate the limitations assessed by vocational expert, Ms. Votaw, Dr. Frank and Dr. Kehlri along with the relevant medical evidence.

IT IS SO ORDERED.

Dated this 8th day of February 2012.

_____
Ann Aiken
United States District Judge

2 - ORDER